## In re CRETONA PRINT & DYE WORKS, Bankrupt.

### Appeal of Harry JOELSON, Appellant.
### No. 6999.

Circuit Court of Appeals, Third Circuit.
May 2, 1939.

Circuit Court of Appeals, Third Circuit.

George Grabow, of Paterson, N. J., for appellant.

Emanuel Shavick, of Paterson, N. J., for appellee.

Before MARIS and BIDDLE, Circuit Judges.

PER CURIAM.

The order is affirmed.

---

## Fred H. KULL, etc., et al. v. STRAIGHT SIDE BASKET CORPORATION et al.
### No. 9033.

Circuit Court of Appeals, Ninth Circuit.
June 26, 1939.

Wm. S. Graham, of San Francisco, Cal., Herbert H. Porter, of Washington, D. C., Rodgers & Rodgers, of Texarkana, Tex., and George Donart, of Wisart, Idaho, for appellants.

Richards & Haga, of Boise, Idaho, and Edwin T. Bean, of Buffalo, N. Y., for appellees.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal, 24 F.Supp. 771, herein dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

## Ted LA BARBA v. PARAMOUNT PRODUCTIONS, Inc.
### No. 9199.

Circuit Court of Appeals, Ninth Circuit.
June 5, 1939.

C. V. Caldwell, Howard M. Hurd, and Fred C. Pearce, all of Los Angeles, Cal., for appellant.

O'Melveny, Tuller & Myers, of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and mandate of this court herein issued forthwith.